1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

Plaintiff,

12

v.

13

Isaac Martinez,

14

Defendant.

15

Case No.: 5:23-mj-476

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _____Southern_____ District of

18   _California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)    The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)    information in the Pretrial Services Report and Recommendation

26          (X)    information in the violation petition and report(s)

27          (X)    the defendant's nonobjection to detention at this time

28          ( )    other: _____

1

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X)   information in the Pretrial Services Report and Recommendation

7   (X)   information in the violation petition and report(s)

8   (X)   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: October 10, 2023

15   _____
     SHERI PYM
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2